1 | **PERKINS COIE LLP**
BOBBIE J. WILSON (Bar No. 148317)
2 | JOSHUA A. REITEN (Bar No. 238985)
Four Embarcadero Center, Suite 2400
3 | San Francisco, California 94111
Telephone: (415) 344-7000
4 | Facsimile: (415) 344-7050
E-mail: bwilson@perkinscoie.com
5 |
Attorneys for Defendant
6 | CRAIGSLIST, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | DANIEL JACOBS, individually and on behalf of a class of persons similarly situated,

Case No. 12-cv-1898-JSC

13 | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR ORDER STAYING ACTION PENDING DECISION OF CALIFORNIA SUPREME COURT**

14 | Plaintiff,

15 | v.

16 | CRAIGSLIST, INC., a Delaware corporation,

17 | Defendant.

[PROPOSED] ORDER STAYING ACTION
Case No. 12-cv-1898-JSC

1      The Court, having considered the parties' Joint Administrative Motion For Order Staying
2 Action Pending Decision Of California Supreme Court (the "Motion"), as well as all other
3 matters properly before the Court, hereby orders as follows:
4      The Motion is GRANTED. The Court finds that presently before the California Supreme
5 Court is the action *Apple, Inc. v. Superior Court (Krescent)*, Supreme Court Case No. S199384,
6 which involves an issue central to this action—whether California Civil Code section 1747.08
7 applies to online credit card transactions. Accordingly, the Court hereby ORDERS as follows:

8      1. This action is STAYED pending resolution *Apple, Inc. v. Superior Court*
9          *(Krescent)*, Supreme Court Case No. S199384, by the California Supreme Court.
10      2. All presently scheduled dates in this action are hereby VACATED.
11      3. The parties shall file a joint status report every four (4) months, triggered from the
12          date of this order, to advise the Court as to the status the *Krescent* matter.
13      4. In all events, Plaintiff shall notify the Court in writing within ten (10) days of the
14          issuance of the opinion in the *Krescent* matter.
15      5. Defendant shall file its response to the complaint within thirty (30) days of
16          Plaintiff's filing and service of the notice of issuance of the *Krescent* opinion, as
17          described above.

18      IT IS SO ORDERED.

20 DATED: __July 10, 2012_____

22                                      _____
                                         HON. JACQUELINE SCOTT CORLEY
23                                      UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER STAYING ACTION
Case No. 12-cv-1898-JSC