**EDWIN C. SCHREIBER, SBN 41066**
**ERIC A. SCHREIBER, SBN 194851**
**SCHREIBER & SCHREIBER, INC.**
16633 Ventura Boulevard  Suite 711
Encino, California 91436-2068
Tel:  (818) 789-2577
Fax:  (818) 789-3391
Ed@Schreiberlawfirm.com
Eric@Schreiberlawfirm.com

**KATHRYN DIEMER SBN 133977**
**JUDITH WHITMAN SBN 103385**
**DIEMER, WHITMAN & CARDOSI, LLP**
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Tel: (408) 971-6270
Fax: (408) 971-6271
Kdiemer@Diemerwhitman.com
Jwhitman@Diemerwhitman.com

Attorneys for Plaintiff, Daniel Jacobs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JACOBS, individually and on behalf of a class of persons similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CRAIGSLIST, INC.,<br>a Delaware corporation;<br><br>Defendants | **Case No. C12-1898 JSC**<br><br>**REQUEST FOR DISMISSAL**<br><br>**Case Assigned to: the Honorable Magistrate Judge Jacqueline Scott Corley**<br><br>**Courtroom: F** |

1

In the wake of *Apple v. Superior Court* (2013) 56 Cal.4th, 128, Plaintiff Daniel Jacobs hereby requests that the above-captioned action be dismissed.

Dated: July 9, 2012 _____      */s/ Edwin C. Schreiber*
                                  Edwin C. Schreiber

                                  Counsel for Plaintiff, Daniel Jacobs

CERTIFICATE OF SERVICE

     I, hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5–3.3 on July 10, 2012

/s/ Eric A. Schreiber
Eric A. Schreiber